**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-1136**

---

DONALD G. CROMER,

Plaintiff - Appellant,

versus

KRAFT FOODS, INCORPORATED,

Defendant - Appellee.

---

**No. 00-1616**

---

DONALD G. CROMER,

Plaintiff - Appellant,

versus

KRAFT FOODS, INCORPORATED,

Defendant - Appellee.

---

Appeals from the United States District Court for the Western District of North Carolina, at Charlotte. Carl Horn, III, Chief Magistrate Judge. (CA-97-594-3-H)

---

Submitted: July 27, 2000          Decided: August 2, 2000

---

Before MURNAGHAN, WILKINS, and KING,[*] Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Donald G. Cromer, Appellant Pro Se.  Joel H. Spitz, Christy E. Phanthavong, Timothy C. Klenk, ROSS & HARDIES, Chicago, Illinois, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

---

[*] Judge King did not participate in consideration of this case.  The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d) (1994).

PER CURIAM:

Donald G. Cromer appeals from the magistrate judge's orders denying a mediation agreement and his April 11, 2000, motion for reconsideration.[*] We have reviewed the record and the magistrate judge's opinion and orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Cromer v. Kraft Foods, Inc., No. CA-97-594-3-H (W.D.N.C. Dec. 15, 1999). We deny Cromer's motions for stay, for a single judge to determine timeliness of the Appellee's informal brief, and to reconsider the court's order denying his motion to strike the Appellee's informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to the jurisdiction of the magistrate judge.